# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JOHN TRESLLEY,

    Plaintiff,

v.

BILLFINGER WESTCOM INC./
BLUE SPRUCE, et al.,

    Defendants.

Case No. 2:17-cv-1074
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## OPINION AND ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on April 5, 2018. (ECF No. 9.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, this action is **DISMISSED WITHOUT PREJUDICE** against the John Doe defendants pursuant to Rule 4(m) for failure to timely effect service of process.

**IT IS SO ORDERED.**

5-4-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE