IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN TRESLLEY,

    Plaintiff

v.

BILFINGER WESTCON, INC., et al.,

    Defendants.

CASE NO. 2:17 cv 01074

Chief Judge Edmund A. Sargus, Jr.

Magistrate Judge Chelsey M. Vascura

## ENTRY

This matter is before the Court on the Joint Motion to Dismiss With Prejudice (ECF No. 19), with is hereby GRANTED. The Court, being advised in the premises, hereby dismisses this case with prejudice. Costs to Defendant. Filing fee paid by Plaintiff with no costs on file.

It is so ORDERED.

                              Judge Edmund A. Sargus, Jr.

Approved:

William J. Wahoff, Esq. (0024169)
Nelva J. Smith (0083594)
Steptoe & Johnson PLLC
41 South High Street, Suite 2200
Columbus, Ohio 43215
Ph:   (614) 221-5100
Fx:   (614) 221-0952
Bill.wahoff@steptoe-johnson.com
Nelva.smith@steptoe-johnson.com

Attorneys for Bilfinger Westcon Inc.

Richard F. Brian (0020816)
Steven J. Brian (0039716)
Brian, Zwick, Marchisio & Associates
81 Maplecrest Avenue SW
North Canton, Ohio 44720
sbrian@brianlaw.com
rbrian@brianlaw.com

Attorneys for Plaintiff,
John Treslley